JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DARNELL KIRKPATRICK,<br>Petitioner,<br>v.<br>E. BORLA, Warden,<br>Respondent. | Case No. 2:25-cv-10529-JFW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: October 6, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE